**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Perry Bernard Buchanan, Appellant.

Appellate Case No. 2011-200586

---

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-319
Submitted June 3, 2013 – Filed July 17, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender Breen Richard Stevens, of Columbia;
and Perry Bernard Buchanan, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.